# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131277

JAMES VOLLMAR,
        Plaintiff-Appellant,

v

ELTON LAURA, KENNETH JACOBS, JEFFREY
COLEMAN, SUSAN PHILIPS, SHARON SMALL,
and PATRICIA ODETTE,
        Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131277
COA: 262658
Wayne CC: 03-331774-CZ

_____/

On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

t0918